Merritt Lee Austin
_____
FULL NAME

_____
COMMITTED NAME (if different)

Federal Correctional Institution Lompoc.
_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION
3600 Guard Road
Lompoc, CA 93436-2705
_____

19387-023
_____
PRISON NUMBER (if applicable)

**F I L E D**
CLERK, U.S. DISTRICT COURT

AUG - 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Merritt Lee Austin,

PLAINTIFF,

v.

United States of America, et al.,

DEFENDANT(S).

CASE NUMBER

**2:23-CV-06453-SPG-MAA**

*To be supplied by the Clerk*

### CIVIL RIGHTS COMPLAINT
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983

☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many?  NA

   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   NA

a.  Parties to this previous lawsuit:
    Plaintiff _____ NA _____

    _____

    Defendants _____

    _____

b.  Court _____ NA _____

    _____

c.  Docket or case number ___ NA _____

d.  Name of judge to whom case was assigned ___ NA _____

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
    appealed? Is it still pending?) NA _____

f.  Issues raised: ___ NA _____

    _____

    _____

g.  Approximate date of filing lawsuit: ___ NA _____

h.  Approximate date of disposition ___ NA _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint
    occurred? ☒ Yes    ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes    ☐ No

    If your answer is no, explain why not _____ NA _____

    _____

    _____

3.  Is the grievance procedure completed? ☒ Yes    ☐ No

    If your answer is no, explain why not _____ NA _____

    _____

4.  Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___ Merritt Lee Austin _____
                                                              (print plaintiff's name)

who presently resides at ___ Federal Correctional Institution, 3600 Guard RD., Lompoc, CA 93436-2705
                             (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

Federal Correctional Institution, Lompoc, CA.
                    (institution/city where violation occurred)

on (date or dates) _January 1, 2020____ , ___NA_____ , ___NA_____ .
                          (Claim I)              (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __United States of America_____ resides or works at
      (full name of first defendant)

      __NA_____
      (full address of first defendant)

      __NA_____
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

_____Providing care for Plaintiff, was infected with COVID-19 and have_____

_had long-term lung, kidney damage, and headaches with meory loss_____

2. Defendant _____Jaspal Dhawliwal M.D._____ resides or works at
      (full name of first defendant)

      __NA_____
      (full address of first defendant)

      ____NA Medical Doctor_____
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

_____Providing care for the Plaintiff_____

3. Defendant ___Jason Christopher, AHSA_____ resides or works at
      (full name of first defendant)

      __NAsistant Health Services Administrator_____
      (full address of first defendant)

      __Assistant Health Services Administrator_____
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

_____Providing care for plaintiff_____

4.  Defendant _____ William Watson M.D. _____ resides or works at
(full name of first defendant)

_____ NA _____
(full address of first defendant)

_____ Doctor _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

_____ Providing care for the plaintiff _____

5.  Defendant _____ Galyna Mischenko _____ resides or works at
(full name of first defendant)

_____ NA _____
(full address of first defendant)

_____ Physician Assistant _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

_____ Providing care to plaintiff _____

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

8th Amendment Violation to be free from cruel and unusual punishment.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1.) Left in a confined space with infected inmates then refused to test me when I requested testing in February. When they did finally test the compound, over 95% of the inmate population caught COVID-19 (See Torres V. Milusnic, Case No.: CV-20-4450-CBM-PVC(x)(July 14, 2020).

2. In the months following, I developed constant headaches, memory loss, difficulty breathing including a serious cough that sounds like barking, and dizziness. Despite complaining since being infected of these issues FCI Lompoc Health Services Staff have refused to treat of even test any of these issues.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Monetary punitive damages for physical and emotional damages that occurred, As as a direct result of my COVID-19 infection.and lack of medical care or social distancing.

July 26 2023
_(Date)_

Merritt Lee Austin
_(Signature of Plaintiff)_

**CIVIL RIGHTS COMPLAINT**

## CERTIFICATE OF SERVICE

I, ___Merritt Lee Austin___, hereby certify that I have served a true and correct copy of;
  1346(b) Motion with exhibits

[which is considered filed/served at the moment it was delivered to prison authorities for mailing as provided for in Houston v. Lack, 487 U.S. 266, 101 L.Ed.2d 245 (1988)] to the following listed parties/persons by placing a complete copy of the above described materials in a sealed envelope affixed with the appropriate pre-paid first-class United States postage:

        United States District Court
        Clerk of The COurt
        255 East Temple Street
        Los Angeles, CA 90012

and deposited same with prison officials here at the Federal Correctional Institution in Lompoc, California, on this the ___26___ day of ___July___, 20_23___.

Pursuant to Title 28, United States Code section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this the _26___ day of _July___, 20_23__.

        (Signature) _Merritt Lee Austin_
        Printed Name: Merritt Lee Austin
        Federal Register # 19387-023
        Federal Correctional Institution (Low)
        3600 Guard Road, Lompoc, CA 93436-2705
        No Telephone/Fax/E-Mail Available

Merritt Lee Austin
#19387-023
Federal Correctional Institution
3600 Guard Road
Lompoc, Ca 93436-2705

CERTIFIED MAIL



7022 3330 0000 0599 5196

Santa Barbara CA 931
TUE 01 AUG 2023 PM

CV

⇔19387-023⇔
U S District Court
255 E Temple ST
LOS Angeles, CA 90012
United States

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG -3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY



* * * LEGAL MAIL * * *

* * * LEGAL MAIL * * *

MEAD 9" X 12" PRESS & SEAL
WHITE ENVELOPES 50ct



FCC LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE 7.31.23

The following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to the above address, please return the enclosed to the above address.