UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:23-cv-06453-SPG (MAA)** | Date: **May 30, 2024** |
| Title **Merritt Lee Austin v. United States of America et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Why This Court Should Not Recommend Dismissal**

    On April 15, 2024, the Court issued an Order Regarding Second Amended Complaint ("Order"). (Order, ECF No. 34.) The Court ordered Plaintiff Merritt Lee Austin ("Plaintiff") to, no later than **May 15, 2024**, either: (1) file a Third Amended Complaint ("TAC"); (2) proceed with—and request that the Court reinstate—the Second Amended Complaint ("SAC"); or (3) voluntarily dismiss the action. (*Id*. at 4–5.) The Court cautioned Plaintiff that "**failure to respond to th[e] Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1**." (*Id*. at 5–6.)

    To date, Plaintiff has not responded to the Order. Plaintiff is **ORDERED TO SHOW CAUSE** by **July 1, 2024** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a TAC, notice that he wishes to proceed with the SAC, or a Notice of Dismissal (form attached to this order) on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

    **Plaintiff is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

    It is so ordered.

Attachment: Notice of Dismissal